UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROFESSOR ABRAHAM SOLOMON, M.D.,<br><br>                           Plaintiff,<br><br>             -against-<br><br>NY OFFICE OF PROFESSIONAL DISCIPLINE; ELIZABETH CARR; DR. GERARD BROGAN; THANIA FERNANDEZ, ESQ.; JAMES V. MCDONALD, MD MPH,<br><br>                          Defendants. | 25-cv-1455 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 11, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 30, 2025
          New York, New York

                                                  /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                              Chief United States District Judge